UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DONTE LEVON ALVA MATHIS,

                        Plaintiff,

        -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

------------------------------------------------------------X

20-CV-08736 (GBD)(SN)

<u>ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2022

**SARAH NETBURN, United States Magistrate Judge:**

On March 14, 2022, the Court denied without prejudice Plaintiff's motion for an extension of time to file his motion for judgment on the pleadings and ordered the parties to meet and confer on a schedule that permits the motions to be fully briefed no later than June 24, 2022. ECF No. 24. The parties are ORDERED to file their briefing schedule no later than March 28, 2022, for Court approval.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   March 23, 2022
              New York, New York