**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DONTE LEVON ALVA MATHIS,

                Plaintiff,                      20 **CIVIL** 8736 (GBD)(SN)

       -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 21, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings including the opportunity for a new hearing.

**Dated:** New York, New York
           June 21, 2022

                                                                    **RUBY J. KRAJICK**
                                                                       _____
                                                                            **Clerk of Court**

                                  **BY:**        _K. Mango_
                                                                            _____
                                                                            **Deputy Clerk**