```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DONTE LEVON ALVA MATHIS,

                                 **Plaintiff,**                  20-CV-08736 (SN)

        -against-                                       **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                **Defendant.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    On June 21, 2022, on stipulation of the parties, the Court remanded this case for further consideration of Plaintiff's application for disability benefits and closed this case. On September 19, 2022, Plaintiff's counsel moved for attorney's fees pursuant to 28 U.S.C. § 2412 (ECF No. 36). On September 20, 2022, the Court directed the parties to meet and confer to resolve the motion without judicial intervention. In the event that such meeting was unsuccessful, Defendant's opposition papers were due October 19, 2022. (ECF No. 39).

    As of October 27, 2022, the Court has received no opposition papers nor notice of the motion's resolution. The parties are ORDERED to comply with the Court's September 20, 2022, order no later than November 4, 2022.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:      October 27, 2022
                 New York, New York